O

FILED
CLERK, U.S. DISTRICT COURT

MAY 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Tung Minh Nguyen <br> Defendant. | Case No.: SA 17 - 150 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Northern Dist. of TX__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __current allegations (including failure to report location to probation), unknown bail resources, lack of community ties__

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | and/or |
| 4 | B. ☑ The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on _subtance abuse, criminal history_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/10/17

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE